# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-1854-ODW (MLG) | Date | November 21, 2012 |
| Title | Calvin Coolidge Johnson III v. E. Nixon, Jr., et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Ivette Gomez | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** In Chambers: Order Directing Plaintiff to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

On October 1, 2012, Defendants filed a Motion to Dismiss the Complaint. On October 4, 2012, an order was entered directing Plaintiff to file an opposition on or before October 30, 2012. No opposition has been filed.

It is ORDERED that Plaintiff show cause in writing, on or before December 14, 2012, why this action should not be dismissed for failure to comply with the court's order and for failure to prosecute. Any response to the order to show cause must be accompanied by a proposed opposition to Defendants' motion to dismiss. Failure to comply with this order will result in the immediate dismissal of this action without further notice.

|  |  : |
|---|---|
| Initials of Clerk | ig |