FILED

JAN - 2 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CALVIN COOLIDGE JOHNSON, | Case No. CV 12-1854-ODW (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| E. NIXON, et al., | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 2, 2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Otis D. Wright, II
United States District Judge