JS-6/ENTER

FILED
JAN - 2 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CALVIN COOLIDGE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. NIXON, et al.,<br><br>　　　　Defendant. | Case No. CV 12-1854-ODW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 2, 2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Otis D. Wright, II
United States District Judge